UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NICOLAS SOLER

    v.      C.A. No. 15-247 ML

THE PROVIDENCE JOURNAL and
PROVIDENCE JOURNAL "STAFF WRITER"
DOE

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Sullivan on July 24, 2015 (Docket #3). No objection has been filed.

This Court adopts the Report and Recommendation in part and makes the following orders:

1. If Plaintiff chooses to do so he shall file an amended complaint on or before September 30, 2015.

2. If Plaintiff files an amended complaint, he shall submit the certified copy of his prison trust fund account statement as required by 28 U.S.C. § 1915(a)(2) OR the filing fee of $400 on or before September 30, 2015.

Failure to comply with these orders will result in this matter being dismissed.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
September 15, 2015